# UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: 610 Mellon Street, Phoenixville, PA  19460

Address of Defendant: registered address:  1486 Skippack Pike, P.O. Box 565, Centre Sq., PA 19422-565
mailing address: 20 Liberty Blvd., Suite A1, Malvern, PA  19355-1489

Place of Accident, Incident or Transaction: 20 Liberty Boulevard, Malvern, PA
*(Use Reverse Side For Additional Space)*

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))   Yes☐   No☒

Does this case involve multidistrict litigation possibilities?   Yes☐   No☒

*RELATED CASE, IF ANY:*
Case Number: _____   Judge: _____   Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
   Yes☐   No☒

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?
   Yes☐   No☒

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?
   Yes☐   No☒

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?
   Yes☐   No☒

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

A  *Federal Question Cases:*
1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☒ All other Federal Question Cases
    (Please specify) age discrimination/retaliation

B  *Diversity Jurisdiction Cases:*
1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases
   (Please specify) _____

## ARBITRATION CERTIFICATION
*(Check Appropriate Category)*

I, Edward C. Sweeney, Esq., counsel of record do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☒ Relief other than monetary damages is sought.

DATE: 6/18/14   _____ (Attorney-at-Law)   64565 (Attorney I.D.#)

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 6/18/14   _____ (Attorney-at-Law)   64565 (Attorney I.D.#)

CIV 609 (5/2012)

JS 44 (Rev 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
LUCIA MIESSE
610 Mellon Street, Phoenixville, PA  19460

## DEFENDANTS
LINCOLN COURT FOOD SERVICE, INC.
20 Liberty Boulevard, Suite A1, Malvern, PA 19355

(b) County of Residence of First Listed Plaintiff: **Chester**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: **Chester**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
Edward C. Sweeney, Esquire - Wusinich & Brogan P.C.
537 West Uwchlan Ave., Suite 200, Downingtown, PA  19335
610-594-1600

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☒ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | **IMMIGRATION** | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer w/Disabilities - Employment | ☐ 535 Death Penalty | ☐ 462 Naturalization Application | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer w/Disabilities - Other | **Other:** | ☐ 465 Other Immigration Actions | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
29 U.S.C. Section 621, et seq.
Brief description of cause:
age discrimination

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____  DOCKET NUMBER _____

DATE 6/18/14

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG JUDGE _____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LUCIA MIESSE<br>610 Mellon Street<br>Phoenixville, PA 19460 | : CIVIL ACTION<br>:<br>: |
| Plaintiff | : NO. |
| vs. | : |
| LINCOLN COURT FOOD<br>SERVICE, INC.<br>20 Liberty Boulevard, Suite A1<br>Malvern, PA 19355 | :<br>:<br>:<br>: |
| Defendant | : JURY TRIAL DEMANDED |

## COMPLAINT

### JURISDICTION AND VENUE

1. Federal jurisdiction is conferred based on the Age Discrimination in Employment Act, 29 U.S.C. §621, *et seq.* Plaintiff's "right to sue" letter was issued March 21, 2014 and is attached as Exhibit A. This Complaint was filed within 90 days of the receipt of this letter. Plaintiff cross-filed this matter under the Pennsylvania Human Relations Act, 43 Pa.C.S. §951, *et seq.*, with the Pennsylvania Human Relations Commission and it has been more than one year since that cross-filing. Plaintiff also brings this action as a public policy tort for retaliation for filing an unemployment claim. This Court has jurisdiction over the state law claims in light of the foregoing basis for federal jurisdiction.

2. Venue is proper in the Eastern District of Pennsylvania because the Plaintiff lives in Phoenixville and was employed in Chester County, Pennsylvania.

1

## FACTUAL ALLEGATIONS

3. Plaintiff Lucia Miesse ("hereinafter Plaintiff") lives at 610 Mellon Street, Phoenixville, PA 19460.

4. Defendant Lincoln Court Food Service, Inc. (hereinafter "Lincoln" or "Defendant") is a Pennsylvania corporation with a registered office address of 1486 Skippack Pike, P.O. Box 565, Center Square, PA 19422-565 and a mailing address of 20 Liberty Boulevard, Suite A1, Malvern, PA 19355-1489.

5. Plaintiff worked for Defendant starting December, 2011.

6. Plaintiff was a waitress.

7. Plaintiff at all relevant times was in a protected category because of her age, which was 59 years old.

8. Plaintiff had no write-ups, warnings, or discipline while working for Defendant.

9. Plaintiff noticed the night shifts, which paid better in tips, were being given to a younger waitress, age 19.

10. The owner told Plaintiff she could work lunches but not nights.

11. Plaintiff next experienced the owner's cutting her from 5 lunch shifts to 2 lunch shifts and Plaintiff's hours were given to a younger waitress, approximately 48 years old.

12. Plaintiff filed for partial unemployment because of the time she was missing.

13. Owner of Defendant became real angry and scheduled Plaintiff for times he knew she could not work in retaliation for seeking unemployment.

14. Owner tried to force her to quit because of age discrimination.

15. Plaintiff was told by owner that she could work Tuesdays and Thursdays for lunch but he never scheduled her for those days.

16. Defendant gave Plaintiff's hours to younger workers.

17. Plaintiff experienced humiliation, embarrassment, and emotional distress as a result of Defendant's conduct.

18. At all relevant times, Defendant was vicariously liable for the acts of its owner, managers, agents, and employees.

19. Defendant, by and through its agents, managers, and employees, acted at all times intentionally, wantonly, willfully and with reckless disregard for the federally-protected rights of Plaintiff exposing itself to punitive damages.

20. "Second-line" managers or above participated in the process to make decisions that violated federal discrimination law.

21. Defendant violated Pennsylvania public policy with a bad or evil motive or with reckless indifference to Plaintiff and/or her rights to pursue an unemployment claim and benefits.

## COUNT I

### VIOLATION OF THE AGE DISCRIMINATION IN EMPLOYMENT ACT, 29 U.S.C. §621, *et seq.*

22. Plaintiff incorporates paragraphs 1 through 21 above as if set forth herein.

23. Plaintiff is in a protected class because of her age, 59 years old at the time of the incident.

24. Plaintiff suffered adverse employment action(s) because of her age, including being terminated.

25. Plaintiff has suffered damages.

26. Punitive damages should be awarded against Defendant.

WHEREFORE, Plaintiff demands the following relief: (1) wages, employment benefits or other compensation denied or lost by such violation, including front wages; (2) equitable relief

such as rehiring; (3) a reasonable attorney's fee; (4) the employee's expert witness fee, if any; (5) rehire to Defendant to her former position (with all back and future benefits she would have been entitled to); (6) damages for pain, suffering, humiliation, and emotional distress; (7) punitive damages; and (8) other costs of the action.

## COUNT II

## AGE DISCRIMINATION

## VIOLATION OF THE PENNSYLVANIA HUMAN RELATIONS ACT

27. Plaintiff incorporates paragraphs 1 through 26 above as if set forth herein.

28. Plaintiff is in a protected class because of her age, being 59 years old at the time of the incident.

29. Plaintiff suffered adverse employment action(s) because of her age, including being terminated.

30. Plaintiff has suffered damages.

WHEREFORE, Plaintiff demands the following relief: (1) wages, employment benefits or other compensation denied or lost by such violation, including front wages; (2) equitable relief such as rehiring; (3) a reasonable attorney's fee; (4) the employee's expert witness fee, if any; (5) rehire to Defendant to her former position (with all back and future benefits she would have been entitled to); (6) damages for pain, suffering, humiliation, and emotional distress; and (7) other costs of the action.

## COUNT III

## PUBLIC POLICY TORT

## RETALIATION FOR FILING AN UNEMPLOYMENT COMPENSATION CLAIM

31. Plaintiff incorporates paragraphs 1 through 30 above as if set forth herein.

4

32. Plaintiff filed for partial unemployment when the employer cut back her hours.

33. Plaintiff suffered adverse employment action(s) because of her filing for unemployment compensation, including management would cut her hours, not schedule her, and management tried to force her to quit.

34. Plaintiff has suffered damages.

35. Defendant acted with intent to retaliate against Plaintiff for filing for unemployment benefits and did so with a bad or evil motive and/or with reckless indifference to Plaintiff's rights and hence should be responsible for punitive damages.

WHEREFORE, Plaintiff demands the following relief: (1) wages, employment benefits or other compensation denied or lost by such violation, including front wages; (2) equitable relief such as rehiring; (3) punitive or exemplary damages; (4) rehire to Defendant to her former position; (6) damages for pain, suffering, humiliation, and emotional distress; and (7) other costs of the action.

Respectfully submitted,

Date: 6/18/2014

By: s/
Edward C. Sweeney
Attorney for Plaintiff
WUSINICH & BROGAN P.C.
I.D. No. PA64565
537 West Uwchlan Avenue, Suite 200
Downingtown, PA 19335
(610) 594-1600
(610) 594-6518 (fax)

5

# EXHIBIT A

EEOC Form 161 (11/09)      **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Lucia Miesse<br>610 Mellon Street<br>Phoenixville, PA 19460 | From: | Cleveland Field Office<br>EEOC, AJC Fed Bldg<br>1240 E 9th St, Ste 3001<br>Cleveland, OH 44199 |
|---|---|---|---|

[ ]   *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 530-2013-00432 | Brian R. Shelton, Investigator | (216) 522-4843 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ]   The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]   Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ]   The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ]   Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X]   The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ]   The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ]   Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*Spencer H. Lewis, Jr.*
Spencer H. Lewis, Jr.
District Director

MAR 2 1 2014
*(Date Mailed)*

Enclosures(s)

cc:     Jack Strech
Owner
LINCOLN COURT FOOD SERVICE, INC.
20 Liberty Boulevard
Malvern, PA 19355

Edward C. Sweeney
WUSINICH & BROGAN
537 West Uwchlan Avenue
Suite 200
Downingtown, PA 19335